**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BRIAN MOORE,** | § | |
| | § | |
| **Movant,** | § | |
| | § | |
| **V.** | § | **NO. 4:24-CV-758-O** |
| | § | **(NO. 4:22-CR-037-O)** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |

### <u>ORDER</u>

Movant, Brian Moore, has filed a notice of appeal and motion for leave to proceed *in forma pauperis*. Movant represents that prison authorities will not provide a certificate of inmate trust account without a court order. This is such an order. Movant must file a certificate of inmate trust account to support his motion within thirty days of the date of this order.

**SO ORDERED** on this **7th day** of **February, 2025**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**